Commonwealth, Appellant, *v.* Dillinger.

Argued September 17, 1971. *John W. Lauffer,* Assistant District Attorney, with him *Stewart J. Greenleaf,* Assistant District Attorney, *William T. Nicholas,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for

Commonwealth, appellant; *Sidney M. DeAngelis,* for appellee; *Daniel L. Quinlan,* for appellee.

Order affirmed.